# MINUTE ORDER

Page 14

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 8/5/2021     Time: 1:30 p.m.

Defendant: 4)JHON RODRIGUEZ     J#: 02438-506     Case #: 21-MJ-3533-LOUIS

AUSA: Adam Hapner     Attorney:

Violation: MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.     Surr/Arrest Date:     YOB: 1986

Proceeding: Initial Appearance     CJA Appt: Sam Rabin, Esq.

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Defendant consented to appear via video*

*Defendant advised of rights and charges*

*Defendant sworn; CJA counsel appointed*

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waives removal; Ordered removed to the M/D of Florida*

**Brady warning given**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 17:13:44     Time in Court: 20 mins

s/Lauren F. Louis     Magistrate Judge